# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**Noah Dunn**

       Plaintiff(s)

vs.                          **CASE NUMBER: 3:21-cv-110 (TWD**

**Kilolo Kijakazi**

       Defendant(s)

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: ORDERED that Plaintiffs motion for judgment on the pleadings (Dkt. No. 12) is DENIED; and it is further ORDERED that Defendants motion for judgment on the pleadings (Dkt. No. 18) is GRANTED; and it is further ORDERED that the Commissioners decision is AFFIRMED and Plaintiffs complaint (Dkt. No. 1) is DISMISSED.

All of the above pursuant to the order of the Honorable Therese Wiley Dancks, dated the 28th day of September, 2022.

DATED: September 28, 2022

_____
Clerk of Court

                                        s/Kathy Rogers
                                        Deputy Clerk